UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ASHLEY C. JOHNSON,<br>   Plaintiff,<br><br>  v.<br><br>RYAN LEE, *et al.*,<br>   Defendants. | Civil Action 2:19-cv-381<br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |

**PLAINTIFF ASHLEY C. JOHNSON'S NOTICE OF
VOLUNTARY DISMISSAL PURSUANT TO CIV.R. 41(A)**

Now comes Plaintiff Ashley C. Johnson, by and through counsel, to voluntarily dismiss the above-captioned matter **without prejudice** pursuant to Civ.R. 41(A).

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was served upon the Counsel for Defendants by email service to PJLloyd@Columbus.gov this 28th day of October 2019.

*/s/ Brian G. Jones*

BRIAN G. JONES. ESQ. (0081724)
Counsel for Ashley C. Johnson

Respectfully Submitted,

*/s/ Brian G. Jones*

BRIAN G. JONES. ESQ. (0081724)
Counsel for Ashley C. Johnson
THE LAW OFFICE OF BRIAN JONES, LLC
52 North Sandusky Street
Delaware, Ohio 43015
O: 740-363-3900
F: 614-467-2083
E: BGJ@TLOBJ.com